**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| IN RE: B.W. | : | No. 432 WAL 2019 |
| | : | |
| | : | |
| PETITION OF: BLAIR COUNTY | : | Petition for Allowance of Appeal |
| DEPARTMENT OF HUMAN SERVICES | : | from the Order of the Superior Court |

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of June, 2020, the Petition for Allowance of Appeal is

**GRANTED**. The issue, as stated by petitioner, is:

    Whether the development of a plan satisfies the requirement for an act in furtherance of a threat to kill a co-worker for purposes of an involuntary commitment under § 302 of the Mental Health Procedures Act?